

FILED
CLERK, U.S. DISTRICT COURT
MAR 17 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Calvin Tyrone Combs<br>DEFENDANT(S). | CASE NUMBER<br>CR-03-407-R<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of ___deft___, IT IS ORDERED that a detention hearing is set for ___Friday___, ___3/19/10___, at ___2:00___ ☐ a.m. / ☒ p.m. before the Honorable <u>RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE</u>, in Courtroom #540, Roybal.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or
_____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___3/17/10___     _____
                          U.S. District Judge/Magistrate Judge