
FILED
CLERK, U.S. DISTRICT COURT
MAR 19 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　vs.<br>Calvin Tyrone Combs<br>　　　　Defendant. | Case No.: CR 03-407-R<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___CD Cal___ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

　　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　　The Court finds that:

A.　(✓)　The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___no interview - no resources for bail; no evidence___

1      _submitted to rebut presumption_

4      and/~~or~~

5 B. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _outstanding warrants; no evidence to rebut presumption_

14      IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

17 Dated: _3/19/10_

_[signature]_
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE