

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br>　　v.<br>Calvin Tylan Combs<br>　　Defendant. | CR 03-407-R<br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✓)　the appearance of defendant as required; and/or

　　(B)　(✓)　the safety of any person or the community.

// 　(uncontested)
//

```
 1            The court concludes:
 2   A.   ( )  Defendant poses a risk to the safety of other persons or the community
 3            because defendant has not demonstrated by clear and convincing
 4            evidence that:
 5            _____
 6            _____
 7            _____
 8            _____
 9
10   (B)  (✓) Defendant is a flight risk because defendant has not shown by clear
11            and convincing evidence that:
12            defendant will flee
13            _____
14            _____
15            _____
16
17            IT IS ORDERED that defendant be detained.
18
19   DATED: 12-27-10
```

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE