FILED
CLERK, U.S. DISTRICT COURT
DEC 19 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                )   Case No.: CR-03-0407-R
             Plaintiff,        )
    vs.                                  )   ORDER OF DETENTION AFTER HEARING
Calvin Tyrone Combs                      )   [Fed.R.Crim.P. 32.1(a)(6);
             Defendant.        )   18 U.S.C. 3143(a)]

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of CA__ for alleged violation(s) of the terms and conditions of his/her [probation] ([supervised release]); and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __nature of alleged violation, history of violation, no bail resource__

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: Prior criminal history, release violation

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/19/13

_Carla M. Woehrle_
CARLA M. WOEHRLE
UNITES STATES MAGISTRATE JUDGE

2